UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAN GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0955 |
| ) | Judge Echols |
| WESTWOOD PROPERTY MANAGEMENT, ) | |
| LLC a/k/a WESTWOOD MANAGEMENT, ) | |
| LLC, ROBERT BLAIR and JUDY BLAIR, ) | |
| ) | |
| Defendants. ) | |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, the Court hereby enters the following rulings:

(1) Plaintiff Jan Greene is hereby AWARDED $6,072.67 in unpaid overtime compensation under the Fair Labor Standards Act;

(2) Plaintiff Jan Greene is hereby AWARDED an additional $6,072.67, as liquidated damages for unpaid overtime compensation under the Fair Labor Standards Act;

(3) Defendants Robert Blair and Westwood Property Management, LLC a/k/a Westwood Management LLC are JOINTLY AND SEVERALLY liable for the overtime compensation and the liquidated damages awarded to Plaintiff under the Fair Labor Standards Act in the total amount of $12,145.34;

(4) Plaintiff Jan Greene's claims against Defendant Judy K. Blair are hereby DISMISSED WITH PREJUDICE; and

1

(5) Plaintiff Jan Greene is entitled to post-judgment interest at the prevailing rate, calculated from the date of entry of this Order and Final Judgment and in accordance with 28 U.S.C. § 1961.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2