UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAN GREENE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-0955 |
| | ) | Judge Echols |
| WESTWOOD PROPERTY MANAGEMENT, | ) | |
| LLC a/k/a WESTWOOD MANAGEMENT, | ) | |
| LLC, ROBERT BLAIR and JUDY BLAIR, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Plaintiff's "Motion for Attorney Fees and Expenses" (Docket Entry No. 46) is hereby GRANTED. Plaintiff is hereby AWARDED $50,000 in attorney's fees.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE